# United States District Court
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                    WARRANT FOR ARREST

TRACI ELIN GROSS
4103 19th Street
Temple Hills, Maryland  20748                         CASE NUMBER 04-1184
SSN 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
DOB 1/17/1963

                                                      05-0359M-01   FILED
                                                                    JUN 2 3 2005

TO:    The United States Marshal                      NANCY MAYER WHITTINGTON, CLERK
       and any Authorized United States Officer       U.S. DISTRICT COURT

       YOU ARE HEREBY COMMANDED to arrest        TRACI ELIN GROSS

and bring her forthwith to the nearest magistrate to answer a complaint

charging her with theft of government property

in violation of 18 U.S.C. §641 (five counts).

                                                      United States Magistrate Judge

_____
Jillyn K. Schulze

_____          March 30, 2004, Greenbelt, Maryland
Signature of Magistrate Judge                 Date and Location

Bail fixed at $ _must-apple_            by   UNITED STATES MAGISTRATE JUDGE
                                             Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED 6-23-05 | NAME AND TITLE OF ARRESTING OFFICER SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER Sean McLeod |
| DATE OF ARREST 6-23-05 | | |